UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANGELITO GALINATO, et al.,

    Plaintiffs,

   v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Case No. 5:14-cv-05198-EJD

**ORDER DISMISSING CASE**

On June 12, 2015, the court issued an order to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) after the parties filed a Notice of Settlement. See Docket Item No. 25. The court ordered the parties to file, on or before August 6, 2015, either a stipulated dismissal or a joint statement setting forth the status of settlement efforts, and notified the parties that failure to comply with any part of the order would be deemed sufficient grounds to dismiss the action.

As of this time, the parties have not filed a joint statement or a stipulated dismissal. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August 10, 2015

                                            EDWARD J. DAVILA
                                            United States District Judge